The Honorable Timothy W. Dore
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In Re: ) Chapter 7
) No. 11-19972
VANESSA H. TIN )
) TRUSTEE'S REPORT
) OF UNCLAIMED FUNDS
)
Debtor. )
_____)

The undersigned trustee of the estate for the debtors named above hereby reports unclaimed funds as follows:

| NAME AND LAST KNOWN ADDRESSES | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| Vanessa Tin<br>14718 SE 185th Place<br>Renton, WA 98058 | N/A | $9,226.59 | $9,226.59 |

DATED this 17th day of November, 2021

/s/ Ronald G. Brown
Ronald G. Brown, Trustee

TRUSTEE'S REPORT OF UNCLAIMED FUNDS

RONALD G. BROWN
ATTORNEY AT LAW
P.O. BOX 2369
KIRKLAND, WASHINGTON 98083
(425) 522-3649 TELEPHONE
(425) 961-1700 FACSIMILE