## UNITED STATES BANKRUPTCY COURT
### WESTERN **DISTRICT OF** WASHINGTON
### SEATTLE **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| TIN, VANESSA H | § | Case No. 11-19972 TWD |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ronald G. Brown - Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 9,315.00 *(Without deducting any secured claims)* | Assets Exempt: 15,775.00 |
| Total Distributions to Claimants: 2,644.95 | Claims Discharged Without Payment: 42,573.84 |
| Total Expenses of Administration: 993.77 | |

3) Total gross receipts of $ 12,865.31 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 9,226.59 (see **Exhibit 2**), yielded net receipts of $ 3,638.72 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 16,402.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 993.77 | 993.77 | 993.77 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 45,056.84 | 2,615.86 | 2,615.86 | 2,644.95 |
| **TOTAL DISBURSEMENTS** | $ 61,458.84 | $ 3,609.63 | $ 3,609.63 | $ 3,638.72 |

4) This case was originally filed under chapter 7 on 08/22/2011 . The case was pending for 125 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/07/2021            By:/s/Ronald G. Brown - Chapter 7 Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wells Fargp Claim Settlement | 1249-000 | 12,865.31 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,865.31** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CLERK, U.S. BANKRUPTCY COURT | Surplus Funds Paid to Debtor  726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 9,226.59 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 9,226.59** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wffinancial Po Box 7648 Boise, ID 83707 | | 16,402.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 16,402.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:RONALD G. BROWN | 2100-000 | NA | 909.68 | 909.68 | 909.68 |
| TRUSTEE EXPENSES:RONALD G. BROWN | 2200-000 | NA | 43.35 | 43.35 | 43.35 |
| Axos Bank | 2600-000 | NA | 40.74 | 40.74 | 40.74 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 993.77 | $ 993.77 | $ 993.77 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Attn: Bankruptcy NC4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 10,194.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 2,121.34 | NA | NA | 0.00 |
| | Douglas Harris, Inc PS Attorney at Law 11120 NE 2nd Street Ste. 220 Bellevue, WA 98004 | | 0.00 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 972.00 | NA | NA | 0.00 |
| | Equable Ascent Financial, LLC 80 Holtz Dr Buffalo, NY 14225-1470 | | 0.00 | NA | NA | 0.00 |
| | Global Credit & Collection Cor PO Box 71083 Charlotte, NC 28272-1083 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hilco Receivables/Equable Ascent Financi Attn: Bankruptcy 1120 Lake Cook Road Suite B Buffalo Grove, IL 60089 | | 2,121.00 | NA | NA | 0.00 |
| | LTD Financial Services 7322 SW Freeway Ste 1600 Houston, TX 77074 | | 0.00 | NA | NA | 0.00 |
| | LTD Financial Services 7322 SW Freeway Ste 1600 Houston, TX 77074 | | 10,194.75 | NA | NA | 0.00 |
| | Pentagroup Financial, LLC 35A Rust Lane Boerne, TX 78006-8202 | | 0.00 | NA | NA | 0.00 |
| | RAB, Inc. P.O. BOX 34111 Memphis, TN 38184 | | 10,194.75 | NA | NA | 0.00 |
| | Suttell & Hammer, P.S. Issac Hammer PO BOx C-90006 Bellevue, WA 98009 | | 0.00 | NA | NA | 0.00 |
| | United Collection Bureau, Inc 5620 Southwyck Blvd Suite 206 Toledo, OH 43614 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Victoria's Secret Attention: Bankruptcy Po Box 182686 Columbus, OH 43218 | | 350.00 | NA | NA | 0.00 |
| | Wf Fin Bank Wells Fargo Financial 4137 121st St Urbandale, IA 50323 | | 4,100.00 | NA | NA | 0.00 |
| | Wf Fin Bank Wells Fargo Financial 4137 121st St Urbandale, IA 50323 | | 2,326.00 | NA | NA | 0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 2,083.00 | 2,215.86 | 2,215.86 | 2,215.86 |
| 2 | DR. RYAN FOX | 7100-000 | 400.00 | 400.00 | 400.00 | 400.00 |
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 24.64 |
| | DR. RYAN FOX | 7990-000 | NA | NA | NA | 4.45 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 45,056.84 | $ 2,615.86 | $ 2,615.86 | $ 2,644.95 |

Case No: 11-19972 TWD Judge: Timothy W. Dore

Case Name: TIN, VANESSA H

For Period Ending: 12/07/21

Trustee Name: Ronald G. Brown - Chapter 7 Trustee

Date Filed (f) or Converted (c): 08/22/11 (f)

341(a) Meeting Date: 09/22/11

Claims Bar Date: 12/28/20

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Key Bank - Checking<br>Asset deemed abandoned with prior closure of case | 280.00 | 0.00 | | 0.00 | FA |
| 2. Household good and furnishings<br>Asset deemed abandoned with prior closure of case | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Clothing<br>Asset deemed abandoned with prior closure of case | 200.00 | 0.00 | | 0.00 | FA |
| 4. 2004 - Toyota Tacoma - 90,000 miles 50% ownership<br>Asset deemed abandoned with prior closure of case | 6,212.50 | 0.00 | | 0.00 | FA |
| 5. 2007 - Toyota4 runner - 80,000 miles 50% ownershi<br>Asset deemed abandoned with prior closure of case | 8,082.50 | 0.00 | | 0.00 | FA |
| 6. 2006 Honda Odysey - 110,000<br>Asset deemed abandoned with prior closure of case | 9,315.00 | 0.00 | | 0.00 | FA |
| 7. Wells Fargp Claim Settlement (u)<br>Case reopend 9/23/20 to administer claim. | 12,865.31 | 12,865.31 | | 12,865.31 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $37,955.31 $12,865.31 $12,865.31 $0.00

(Total Dollar Amount in Column 6)

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-19972    TWD    Judge: Timothy W. Dore | |
| Case Name: | TIN, VANESSA H | |

| | |
|---|---|
| Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Date Filed (f) or Converted (c): | 08/22/11 (f) |
| 341(a) Meeting Date: | 09/22/11 |
| Claims Bar Date: | 12/28/20 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/01/22        Current Projected Date of Final Report (TFR): 10/01/22

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-19972 -TWD | |
| Case Name: | TIN, VANESSA H | |
| Taxpayer ID No: | *******4667 | |
| For Period Ending: | 12/07/21 | |

| | |
|---|---|
| Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0660  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 55,683,398.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/25/20 | 7 | WELLS FARGO AUTO | Claim Settlement | 1249-000 | 12,865.31 | | 12,865.31 |
| 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 12.83 | 12,852.48 |
| 04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 14.19 | 12,838.29 |
| 05/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 13.72 | 12,824.57 |
| 07/20/21 | 020001 | Ronald G. Brown<br>P.O. Box 2369<br>Kirkland, WA  98083 | Chapter 7 Compensation/Fees | 2100-000 | | 909.68 | 11,914.89 |
| 07/20/21 | 020002 | Ronald G. Brown<br>P.O. Box 2369<br>Kirkland, WA  98083 | Chapter 7 Expenses | 2200-000 | | 43.35 | 11,871.54 |
| 07/20/21 | 020003 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 1, Payment 2101.11198%<br>General Unsecured Claim | | | 2,240.50 | 9,631.04 |
| | | | Claim          2,215.86 | 7100-000 | | | |
| | | | Interest            24.64 | 7990-000 | | | |
| 07/20/21 | 020004 | Dr. Ryan Fox<br>12527 NE 144th St<br>Kirkland, WA 98034 | Claim 2, Payment 2101.11250%<br>General Unsecured Claim | | | 404.45 | 9,226.59 |
| | | | Claim            400.00 | 7100-000 | | | |
| | | | Interest              4.45 | 7990-000 | | | |
| *  07/20/21 | 020005 | VANESSA H TIN<br>RENTON, WA  98058 | Surplus Funds<br>Mailed 7/20/21 to address of record with court | 8200-000 | | 9,226.59 | 0.00 |
| *  11/08/21 | 020005 | VANESSA H TIN<br>RENTON, WA  98058 | Stop Payment Reversal<br>STOP PAYMENT | 8200-000 | | -9,226.59 | 9,226.59 |
| 11/17/21 | 020006 | CLERK, U.S. BANKRUPTCY COURT<br>U.S. Courthouse<br>700 Stewart Street, Room 6301 | Surplus Funds<br>Pay ACH only | 8200-002 | | 9,226.59 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 12,865.31 | 12,865.31 |

Ver: 22.03f

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-19972 -TWD |
| Case Name: | TIN, VANESSA H |
| Taxpayer ID No: | *******4667 |
| For Period Ending: | 12/07/21 |

| | |
|---|---|
| Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0660  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 55,683,398.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Seattle, WA  98101 | | | | | |

| | | Deposits | Disbursements | Balance |
|---|---|---|---|---|
| COLUMN TOTALS | | 12,865.31 | 12,865.31 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 12,865.31 | 12,865.31 | |
| Less:  Payments to Debtors | | | 9,226.59 | |
| Net | | 12,865.31 | 3,638.72 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******0660 | 12,865.31 | 3,638.72 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 12,865.31 | 3,638.72 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals             0.00             0.00

Ver: 22.03f